UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL J. NIEBOER,

    Plaintiff,                    Case No. 1:08-cv-1060

v.                                     Hon. Janet T. Neff

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 30, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner of Social Security is hereby AFFIRMED.


Dated: November 17, 2009                      /s/ Janet T. Neff
                                                      JANET T. NEFF
                                                      UNITED STATES DISTRICT JUDGE